| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STEVEN J. ABELSON, ESQ., P.C.**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>63 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor |
|---|

Order Filed on October 6, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GREGORY & DIANA NAPOLI

Case No.: 14-10198 (CMG)

Chapter 13

Hearing Date: 9/16/15 @ 9:00 A.M.

Judge: Hon. CHRISTINE M. GRAVELLE

**ORDER RESOLVING MOTION
TO EXPUNGE CLAIM
OF SELENE FINANCE, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2015**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**

        ORDER RESOLVING MOTION
        TO EXPUNGE CLAIM
        OF SELENE FINANCE, LLC

**CASE NUMBER**: 14-10198

**DATE OF HEARING**: 9/16/15

**JUDGE**: HON.  CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

    1)  The following claim has been adjusted as follows:

        a) **Claim 3-1** has been amended subsequent to the filing of the within motion to reflect the elimination of the pre-petition arrears

    2)   The creditor shall pay the sum of the $ 500 to the Debtors' attorney within fifteen (15) days of this Order for the necessity of the within application.