**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 14-10198 (CMG) |
| GREGORY & DIANA NAPOLI | Chapter 13 |
| | **MOTION TO ENFORCE COURT ORDERS OF 6/6/16 & 7/26/16; HOLDING CREDITOR IN CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDERS AND DAMAGES AND SANCTIONS** |
| Debtors | |
| | Hearing Date: **SEPT. 7, 2016 @ 9:00 A.M.** |

To:  Clerk, United States Bankruptcy Court          Albert Russo, Trustee
     United States Bankruptcy Court                 CN 4853
     402 E. State Street                            Trenton, NJ 08650
     Trenton, New Jersey 08608

     Statebridge Company, LLC
     5680 Greenwod Plaza Blvd
     Suite 100S
     Greenwood Village, CO 80111
     *Attn: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process*

     William Miller, Esq.
     Stern & Eisenberg, PC
     1040 N. Kings Highway, Suite 407
     Cherry Hill, NJ 08034
     Attorney for Statebridge Co.

**PLEASE TAKE NOTICE** that on September 7, 2016 at 9:00 in the forenoon, or as soon as counsel may be heard, the undersigned attorney for the Debtors, Gregory & Diana Napoli will cross move before the UNITED STATES BANKRUPTCY COURT, Honorable Christine M. Gravelle, presiding, 402 E. State Street, TRENTON, NEW JERSEY, 08608 for an Order Enforcing the Terms of the Court's 6/6/16 and 7/26/16 Orders and holding the Creditor Statebridge Co. in contempt for its failure to comply with same and for additional damages for the necessity of the within application.

**PLEASE TAKE FURTHER NOTICE** that Debtor shall rely upon the attached certification in support of the application and that pursuant to Local Rule 9013-1, it is submitted that no brief is necessary as issues presented are clear and concise, oral argument is not requested and a proposed form of order is submitted herewith.

*/s/ Steven J. Abelson*
STEVEN J. ABELSON, ESQ.
Attorney for Debtors

Dated: July 31, 2016